UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

SANDRA ARCINIEGA,                               Case No.: 16-10154-BKC-LMI

    Debtor.                                     Chapter 13
_____/

**UNITED STATES TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE
AGAINST ATTORNEY MANUEL J. MARI, ESQ.**

Guy G. Gebhardt, Acting United States Trustee for Region 21, respectfully moves this Court to enter an Order requiring attorney Manuel J. Mari, Esq., to show cause that he has not misused the bankruptcy system and committed an abuse upon the Court, and in support thereof states as follows:

1. On January 6, 2016, Sandra Arciniega (the "Debtor") filed a voluntary petition under Chapter 13 of the Bankruptcy Code. The Debtor is represented by counsel, Manuel J. Mari, Esq.

2. Nancy K. Neidich was appointed as the chapter 13 trustee in this case (the "Trustee").

3. The voluntary petition was filed without any schedules. On January 9, 2016, the Clerk of Court issued a Notice of Incomplete Filings Due, stating that the schedules were due on January 20, 2016.

4. To date, no schedules have been filed. In addition, Mr. Mari has not filed the required 2016 Statement of Attorney Compensation pursuant to 11 U.S.C. § 329(a).

5. It appears that the driving force behind this bankruptcy case is a pending foreclosure action filed by Wells Fargo Bank, N.A. ("Wells Fargo") in Circuit Court in Miami-Dade County. Case No. 11-CA-20856. Wells Fargo is the holder of a first mortgage on the Debtor's residence located at 668 SW 17 Terrace, Homestead, Miami, Florida.

6.     It is apparent the instance case was filed in bad faith simply to delay a foreclosure action.

7.     It is worth noting that Mr. Mari is counsel of record for the Debtor in the pending foreclosure action.

8      The United States Trustee searched the CM/ECF system and conducted a review of cases filed by Mr. Mari and it shows that a number of other cases exhibit a similar pattern, *to wit*, filing skeletal petitions to stop foreclosure actions.

9.     From January 26, 2015 through the date of this motion, Mr. Mari has filed 12 cases in this District.  Of those 12 cases, seven (7) cases were primarily dismissed by the Court based on the debtors' failure to file schedules.  Moreover, in a majority of those cases, Mr. Mari did not file the required 2016 Statement of Attorney Compensation.  Finally, Mr. Mari has never obtained confirmation of a plan in any of his chapter 13 cases filed during this time period.

10.    The following chart indicates all known cases filed by Mr. Mari since January 26, 2015 in all bankruptcy divisions in this District, which cases were dismissed for failure to file schedules or other procedural grounds.  Moreover, the following chart lists the case numbers of those foreclosure cases that were delayed due to bankruptcy petitions.

| Case Name and No. | Petition Date | Date of Dismissal | Reason for Dismissal | Foreclosure Case No. | Amount Paid to Counsel | 2016 Statement |
|---|---|---|---|---|---|---|
| Francisco Carriedo 15-28950-RAM Ch. 7 | 10/27/15 | 10/28/15 | Violation of prior court order. Note: no schedules filed. | 10-4869-CA-1 | | No |
| Aida G. Talavera 15-28475-AJC Ch. 13 | 10/19/15 | 11/06/15 | No schedules | 10-4869-CA-1 | | No |
| Frank Piedra 15-26093-RAM Ch. 13 | 09/07/15 | 09/25/15 | No schedules | 12-15751-CA-1 | | No. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Francisco Carriedo 15-18522-RAM Ch. 7 | 05/11/15 | 06/08/15 | No CMI. | 10-4869-CA-1 | | No. Note: SOFA #9 indicates fee of $1,500. |
| Diana Esquenazi 15-13813-AJC Ch. 13 | 03/01/15 | 03/20/15 | No schedules | 13-13283-CA-1 Miami-Dade | | No |
| Mariano Burgos 15-11682-LMI Ch. 7 | 01/29/15 | 02/19/15 | No schedules | 14-22269-CA-1 Broward | | No |

11.     The unusual number of cases being dismissed for filing deficiencies seems to indicate a systematic, regular, and purposeful intent to misuse the bankruptcy system and abuse the resources of the Court.  Mr. Mari's actions seem inappropriate and the entry of an Order to Show Cause is warranted under the circumstances.

12.     The Court should take into consideration how this Court and other judges in this District have ruled in similar cases involving attorneys filing skeletal petitions.  *See In re Miranda*, Case No. 15-10387-BKC-RAM (ECF #17); *In re Perez*, Case No. 14-32692-BKC-AJC (ECF #34); *In re Sanchez*, Case No. 15-12827-BKC-LMI (ECF #27).

13.     Finally, the United States Trustee contends that an appropriate sanction is warranted given Mr. Mari's apparent violation of Bankruptcy Local Rule 2090-1(A)(3), which reads in part:

> **(A) Qualifications to Practice.** Except as provided in subdivision (B) of this rule, to be qualified to practice in this court an attorney must:
>
> \*\*\*
> **(3)** earn at least 12 credit hours from The Florida Bar for attending or participating in CLE courses related to the subject area of "Bankruptcy Law" during each attorney's Florida Bar three-year CLE reporting requirement. This provision will not preclude an attorney from appearing who is within a three-year CLE reporting period but has not yet earned the required 12 credit hours for that period.

The United States Trustee contacted the Florida Bar to obtain the CLE records of Mr. Mari.   Upon reviewing the records, the United States Trustee discovered that Mr. Mari's current CLE cycle

started in February 1, 2015 and ends in January 2018. During this current cycle, Mr. Mari has not taken any CLE courses in the field of bankruptcy. More troubling is that fact that Ms. Frank has never taken more than one CLE bankruptcy course since he began filing bankruptcy petitions in 2004. In September 2013, Mr. Mari posted one course entitled "Bankruptcy Seminar" for four (4) credit hours. Consequently, Mr. Mari has never been qualified to practice in this District.

WHEREFORE, the United States Trustee requests that this Court enter an order directing Manuel J. Mari, Esq. to appear and show cause that he has not misused the bankruptcy system and granting such other and further relief as is deemed just and proper.

DATED: January 27, 2016.

Guy G. Gebhardt
Acting United States Trustee
Region 21

/s/
Ariel Rodriguez, Trial Attorney
Florida Bar No.: 160253
U.S. Trustee's Office
51 SW 1st Ave.
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been served on the following parties on January 27, 2016, electronically through CM/ECF, on parties having appeared electronically in the instant matter and that a copy hereof shall be served by U.S. Mail, postage prepaid, on the following parties not appearing electronically:

Sandra Arciniega
250 S.E. 14th Ct.
Homestead, FL 33035

/s/
Ariel Rodriguez, Trial Attorney