

**ORDERED in the Southern District of Florida on February 23, 2016.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

SANDRA ARCINIEGA,                                         Case No.: 16-10154-BKC-LMI

    Debtor.                                                         Chapter 13

_____/

**AGREED ORDER GRANTING UNITED STATES TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE AGAINST ATTORNEY MANUEL J. MARI, ESQ.**

THIS MATTER came before the Court on February 22, 2016 at 1:30 p.m. upon the United States Trustee's Motion For Order to Show Cause Against Attorney Manuel J. Mari, Esq. (the "Motion") (ECF #10). Upon learning that the parties have resolved the matter and for the reasons stated on the record, the Motion is GRANTED, and it is ORDERED as follows:

1.    Manuel J. Mari, Esq. shall complete twenty (20) hours of Bankruptcy CLE courses by no later than April 4, 2016 and file a Certificate of Compliance by no later than April 8, 2016.

2.    Manuel J. Mari, Esq. shall complete ten (10) hours of Professional Ethics CLE courses by no later than April 4, 2016 and file a Certificate of Compliance by no later than April 8, 2016.

3. Manuel J. Mari, Esq. shall make a donation in the amount of $2,500 to Legal Services of Miami[1] by no later than June 20, 2016. Manuel J. Mari, Esq. shall file a Certificate of Compliance by no later than June 24, 2016.

4. The United States Trustee is directed and is authorized to file a Certificate of Non-Compliance in the event that any conditions stated herein are not timely satisfied and may request that this matter be reset for hearing.

5. This Court shall retain jurisdiction to enforce the terms of this Order and to impose additional conditions and/or sanctions for non-compliance. The Clerk of Court is authorized to close the case after June 24, 2016.

###

Submitted by: Ariel Rodriguez, Esq.
U.S. Trustee's Office
51 SW 1st Ave.
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360
ariel.rodriguez@usdoj.gov

Copies to:
Ariel Rodriguez, Esq.
Chapter 13 Trustee
Manuel J. Mari, Esq.

---

[1] The charity was chosen voluntarily by counsel.