

**ORDERED in the Southern District of Florida on July 13, 2016.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                              Case No.  16-10154-BKC-LMI

SANDRA ARCINIEGA,                                   Chapter  7

        Debtor.
_____/

### ORDER SETTING HEARING TO SHOW CAUSE WHY ATTORNEY SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH AN ORDER OF THIS COURT

**THIS CAUSE** came before the Court *sua sponte*. This Court previously entered an Agreed Order Granting Motion for Order to Show Cause Against Attorney Manuel J. Mari, Esq. (ECF #14) (the "Agreed Order"). The Agreed Order required Mr. Mari to make a donation in the amount of $2,500 to Legal Services of Miami and file a Certificate of Compliance no later than June 24, 2016, and to take thirty (30) CLE credits and file two Certificates of Compliance no later than April 8, 2016. To date, Mr. Mari has not filed any Certificates of Compliance as required by the Agreed Order.  Therefore, it is

      **ORDERED** that:

1.      Mr. Mari shall appear at a hearing on **August 9, 2016, at 9:00 a.m.** before the **Honorable Laurel M. Isicoff** at the **United States Bankruptcy Court, Courtroom 8, 301 North Miami Avenue, Miami, Florida** to show cause why Mr. Mari should not be held in contempt for failure to comply with an order of this Court.

2.      If Mr. Mari timely completed the requirements as stated in the Agreed Order and files separate Certificates of Compliance for each requirement within fourteen (14) days of the date of this Order, the hearing will be cancelled.

###

Copies to:
Manuel J. Mari, Esq.
Ariel Rodriguez, Esq.

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*