IN THE BANKRUPTCY COURT IN AND FOR THE SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 16-10154 LMI

IN RE: SANDRA ARCINIEGA

Debtor

## CERTIFICATE OF COMPLIANCE

COMES NOW, MANUEL J. MARI, attorney for the Debtor, SANDRA ARCINIEGA, and files the above stated Certificate of Compliance and states as follows:

1. The undersigned has complied with the court's Order by making a donation of $2,500.00 on or about June 28th, 2016. Attached hereto is the Pay Pal receipt confirming payment.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed/served to the Bankruptcy Trustee and all other parties with access to ECF via ECf and on the Debtor, and on all other parties via U.S. mail on this the 17th day of July, 2016.

Respectfully submitted,

MANUEL J. MARI, P.A.
Attorneys for the Debtor
10631 N. Kendall Drive, Suite 205
Miami, Florida 33176
Telephone: (305) 279-3140
Facsimile: (305) 279-3142

By: _____
MANUEL J. MARI, ESQ.
Florida Bar No. 302880

## Manuel J. Mari, Esq

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Wednesday, June 29, 2016 1:19 PM |
| **To:** | Manuel Mari |
| **Subject:** | Receipt for your donation to Dade Legal Aid |

**PayPal**

Hello Manuel Mari,

This email confirms that you have donated Dade Legal Aid $2,500.00 USD using PayPal.

This credit card transaction will appear on your bill as "PAYPAL *DADELEGALAI".

### Donation Details

| | |
|---|---|
| Donation amount: | $2,500.00 USD |
| Total: | $2,500.00 USD |
| Purpose: | $2,500.00 |
| Contributor: | Manuel Mari |

### Recipient information

| | |
|---|---|
| Donations coordinator: | Dade Legal Aid |
| Contact email: | napoles@dadelegalaid.org |

### Your Unconfirmed Address

| | |
|---|---|
| Mailing information: | Manuel Mari<br>10631 N. Kendall Drive<br>#205<br>Miami, FL 33176<br>United States |

**Save Your Payment Information with PayPal**

Use your existing PayPal account for future purchases by saving your information.

It's the fastest, safest and most convenient way to buy online.

No need to retype your information for online purchases.

Your personal and financial information are securely stored and never shared.

To encrypt and store your information now, click this link:

**Save My Information**

**Receipt Number:** 3783-5957-1745-1773

Keep your Receipt Number (shown above) for future reference. You will need to refer to this number if you need customer service from Dade Legal Aid or from PayPal.

If you have questions about your purchase, such as shipping and tracking, we encourage you to

1

contact the seller, Dade Legal Aid at napoles@dadelegalaid.org.

If you have been unable to resolve your questions with the merchant, PayPal offers a free buyer complaint resolution service that offers a quick, easy resolution to your concerns. It covers physical goods purchases made through PayPal, and is offered at no charge when you register for a free PayPal account. To sign up for an account, click on the 'Save My Information' link above.

Sincerely,
PayPal

Please do not reply to this email. Email sent to this address cannot be answered.

Copyright © 1999-2016 PayPal. All rights reserved.

PayPal Email ID PP1332 - c82d86316a758

2