IN THE BANKRUPTCY COURT IN AND FOR THE SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 16-10154 LMI

IN RE: SANDRA ARCINIEGA

Debtor

## CERTIFICATE OF COMPLIANCE

COMES NOW, MANUEL J. MARI, attorney for the Debtor, SANDRA ARCINIEGA, and files the above stated Certificate of Compliance and states as follows:

1. The undersigned has complied with the court's Order by taking ten (10) hours of CLE ethics courses and twenty (20) hours of bankruptcy CLE courses. Attached hereto is are the undersigned's Florida Bar CLE print-out.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed/served to the Bankruptcy Trustee and all other parties with access to ECF via ECf and on the Debtor, and on all other parties via U.S. mail on this the 17th day of July, 2016.

Respectfully submitted,

MANUEL J. MARI, P.A.
Attorneys for the Debtor
10631 N. Kendall Drive, Suite 205
Miami, Florida 33176
Telephone: (305) 279-3140
Facsimile: (305) 279-3142

By: *[signature]*
MANUEL J. MARI, ESQ.
Florida Bar No. 302880

# Continuing Legal Education
## Credit History
### For Manuel Mari (Bar #302880) as of 6/29/2016

| CLER Cycle | | | Basic Skills | |
|---|---|---|---|---|
| Compliant | Gen Credits 58.5 | PR Credits 14.0 | Phase 1 - Compliant End -- | Completed 09/30/1988 |
| Cycle Start 02/01/2015 | Completed 06/13/2016 | Cycle End 01/31/2018 | Phase 2 - Compliant End -- | Completed 10/01/1988 |

| Credit Date | Reference | Course Title | Item | Gen Cred | PR Cred | Cycle | Date Posted |
|---|---|---|---|---|---|---|---|
| 06/29/2016 | 1502871N | Top 11 Complications in Bankruptcy | DVD | 7.0 | 1.0 | 01-2018 | 06/29/2016 |
| 06/26/2016 | 1408786N | NEW Bankruptcy Rules, Forms & Fees YOU MUST Know | DVD | 7.0 | 0.0 | 01-2018 | 06/27/2016 |
| 06/25/2016 | 1501653N | Student Loans Default: Repayment Options | CD | 2.0 | 0.0 | 01-2018 | 06/27/2016 |
| 06/13/2016 | 1997 | Bankruptcy Law & Practice View from the Bench 2015 | CD | 4.5 | 0.0 | 01-2018 | 06/13/2016 |
| 06/13/2016 | 2073 | 2015 Survey of Florida Law | CD | 4.0 | 4.0 | 01-2018 | 06/13/2016 |
| 05/06/2016 | 1602517N | 52nd Annual Fund Assembly (Breakout Sessions) | Live | 3.0 | 0.0 | 01-2018 | 05/09/2016 |
| 05/05/2016 | 1602343N | 52nd Annual Fund Assembly (General Session) | Live | 11.5 | 2.0 | 01-2018 | 05/09/2016 |
| 03/18/2016 | 1786 | Annual Ethics Update 2014 | CD | 5.0 | 5.0 | 01-2018 | 06/13/2016 |
| 05/09/2015 | 1502620N | 51st Annual Fund Assembly: Residential Track | Live | 3.0 | 0.0 | 01-2018 | 09/13/2015 |
| 05/07/2015 | 1502467N | 51st Annual Fund Assembly General Session | Live | 11.5 | 2.0 | 01-2018 | 09/13/2015 |
| 05/10/2014 | 1402571N | 50th Annual Fund Assembly Residential Track | Live | 3.5 | 0.0 | 01-2015 | 06/01/2014 |
| 05/08/2014 | 1402331N | 50th Annual Fund Assembly General Session | Live | 11.0 | 2.0 | 01-2015 | 06/01/2014 |
| 09/20/2013 | 1306500N | Bankruptcy Seminar | Live | 4.0 | 0.0 | 01-2015 | 09/29/2013 |
| 05/11/2013 | 1303164N | 49th Annual Fund Assembly | Live | 15.0 | 3.0 | 01-2015 | 09/29/2013 |
| 04/01/2010 | 3395-0 | MORTGAGE MODIFICATION | | 8.5 | 0.0 | -- | 07/26/2011 |
| 01/15/2010 | 5413-9 | FORECLOSURE DEFENSE | | 8.0 | 0.5 | -- | 07/26/2011 |
| 05/03/2009 | 2902-9 | SUP CRT CERT CIVIL MEDIAT | Live | 46.5 | 5.0 | -- | 05/08/2009 |
| 01/14/2009 | 9995-8 | LITIGATION TOOLBOX FIRST | | 3.5 | 0.5 | -- | 01/20/2009 |
| 06/05/2008 | 4378-8 | LITIGATION TOOLBOX:GET OU | Live | 3.5 | 0.5 | -- | 12/15/2008 |
| 05/04/2007 | 2096-7 | 43RD ANNUAL FUND ASSEMBLY | Live | 15.5 | 2.0 | -- | 12/15/2008 |
| 05/11/2006 | 8481-6 | 42ND ANNUAL FUND ASSEMBLY | Live | 15.5 | 2.0 | -- | -- |
| 05/11/2006 | 2239-6 | ESTABLISH AND MAIN AFFIL | Live | 3.0 | 0.0 | -- | -- |
| 05/06/2005 | 2356-5 | 41 ANNUAL FUND ASSEMBLY | | 15.5 | 2.0 | -- | -- |
| 06/02/2004 | 2192-4 | AMS PRACTICE BUILDER I | | 7.0 | 1.0 | -- | -- |
| 05/06/2004 | 2193-4 | 40TH ANNUAL FUND ASSEMBLY | | 15.5 | 2.0 | -- | -- |

Manuel J. Mari, Esq

From: CLEMail@FlaBar.org
Sent: Monday, June 13, 2016 12:17 PM
To: manuel@manueljmaripa.com
Subject: CLE Credits for Course 2073

Dear Mr. Mari,

The following CLE credits have been posted to your record:

Course: 2073 - 2015 Survey of Florida Law

Date: 06/13/2016

Credits: 4.0 General including 4.0 towards ethics, professionalism, substance abuse, mental illness awareness and/or bias elimination

Please visit http://www.floridabar.org/ to review your current CLER status.

Thank you.

The Florida Bar
Legal Specialization and Education Department.
Phone: 850-561-5842
Fax: 850-561-9421

The Legal Specialization and Education Department of The Florida Bar is committed to providing the highest level of service.

To allow us to better assist you, please use your Florida Bar Member Number, Authorized House Counsel Number or CLE Provider Number on all correspondence with the Florida Bar.

Please note: Florida has very broad public records laws. Many written communications to or from The Florida Bar regarding Bar business may be considered public records, which must be made available to anyone upon request. Your e-mail communications may therefore be subject to public disclosure.

1

## Manuel J. Mari, Esq

**From:** CLEMail@FlaBar.org
**Sent:** Monday, June 13, 2016 12:21 PM
**To:** manuel@manueljmaripa.com
**Subject:** CLE Credits for Course 1786

Dear Mr. Mari,

The following CLE credits have been posted to your record:

Course: 1786 - Annual Ethics Update 2014

Date: 03/18/2016

Credits: 5.0 General including 5.0 towards ethics, professionalism, substance abuse, mental illness awareness and/or bias elimination

Please visit http://www.floridabar.org/ to review your current CLER status.

Thank you.

The Florida Bar
Legal Specialization and Education Department.
Phone: 850-561-5842
Fax: 850-561-9421

The Legal Specialization and Education Department of The Florida Bar is committed to providing the highest level of service.

To allow us to better assist you, please use your Florida Bar Member Number, Authorized House Counsel Number or CLE Provider Number on all correspondence with the Florida Bar.

Please note: Florida has very broad public records laws. Many written communications to or from The Florida Bar regarding Bar business may be considered public records, which must be made available to anyone upon request. Your e-mail communications may therefore be subject to public disclosure.

1

## Manuel J. Mari, Esq

**From:** CLEMail@FlaBar.org
**Sent:** Monday, June 13, 2016 12:18 PM
**To:** manuel@manueljmaripa.com
**Subject:** CLE Credits for Course 1997

Dear Mr. Mari,

The following CLE credits have been posted to your record:

Course: 1997 - Bankruptcy Law & Practice View from the Bench 2015

Date: 06/13/2016

Credits: 4.5 General including 0.0 towards ethics, professionalism, substance abuse, mental illness awareness and/or bias elimination

Please visit http://www.floridabar.org/ to review your current CLER status.

Thank you.

The Florida Bar
Legal Specialization and Education Department.
Phone: 850-561-5842
Fax:   850-561-9421

The Legal Specialization and Education Department of The Florida Bar is committed to providing the highest level of service.

To allow us to better assist you, please use your Florida Bar Member Number, Authorized House Counsel Number or CLE Provider Number on all correspondence with the Florida Bar.

Please note: Florida has very broad public records laws. Many written communications to or from The Florida Bar regarding Bar business may be considered public records, which must be made available to anyone upon request. Your e-mail communications may therefore be subject to public disclosure.

1

## Manuel J. Mari, Esq

**From:** CLEMail@FlaBar.org
**Sent:** Monday, June 27, 2016 9:05 AM
**To:** manuel@manueljmaripa.com
**Subject:** CLE Credits for Course 1501653N

Dear Mr. Mari,

The following CLE credits have been posted to your record:

Course: 1501653N - Student Loans Default: Repayment Options

Date: 06/25/2016

Credits: 2.0 General including 0.0 towards ethics, professionalism, substance abuse, mental illness awareness and/or bias elimination

Please visit http://www.floridabar.org/ to review your current CLER status.

Thank you.

The Florida Bar
Legal Specialization and Education Department.
Phone: 850-561-5842
Fax: 850-561-9421

The Legal Specialization and Education Department of The Florida Bar is committed to providing the highest level of service.

To allow us to better assist you, please use your Florida Bar Member Number, Authorized House Counsel Number or CLE Provider Number on all correspondence with the Florida Bar.

Please note: Florida has very broad public records laws. Many written communications to or from The Florida Bar regarding Bar business may be considered public records, which must be made available to anyone upon request. Your e-mail communications may therefore be subject to public disclosure.

Manuel J. Mari, Esq

**From:** CLEMail@FlaBar.org
**Sent:** Monday, June 27, 2016 9:05 AM
**To:** manuel@manueljmaripa.com
**Subject:** CLE Credits for Course 1408786N

Dear Mr. Mari,

The following CLE credits have been posted to your record:

Course: 1408786N - NEW Bankruptcy Rules, Forms & Fees YOU MUST Know

Date: 06/26/2016

Credits: 7.0 General including 0.0 towards ethics, professionalism, substance abuse, mental illness awareness and/or bias elimination

Please visit http://www.floridabar.org/ to review your current CLER status.

Thank you.

The Florida Bar
Legal Specialization and Education Department.
Phone: 850-561-5842
Fax: 850-561-9421

The Legal Specialization and Education Department of The Florida Bar is committed to providing the highest level of service.

To allow us to better assist you, please use your Florida Bar Member Number, Authorized House Counsel Number or CLE Provider Number on all correspondence with the Florida Bar.

Please note: Florida has very broad public records laws. Many written communications to or from The Florida Bar regarding Bar business may be considered public records, which must be made available to anyone upon request. Your e-mail communications may therefore be subject to public disclosure.

# Manuel J. Mari, Esq

| | |
|---|---|
| From: | CLEMail@FlaBar.org |
| Sent: | Wednesday, June 29, 2016 12:52 PM |
| To: | manuel@manueljmaripa.com |
| Subject: | CLE Credits for Course 1502871N |

Dear Mr. Mari,

The following CLE credits have been posted to your record:

Course: 1502871N - Top 11 Complications in Bankruptcy

Date: 06/29/2016

Credits: 7.0 General including 1.0 towards ethics, professionalism, substance abuse, mental illness awareness and/or bias elimination

Please visit http://www.floridabar.org/ to review your current CLER status.

Thank you.

The Florida Bar
Legal Specialization and Education Department.
Phone: 850-561-5842
Fax:  850-561-9421

The Legal Specialization and Education Department of The Florida Bar is committed to providing the highest level of service.

To allow us to better assist you, please use your Florida Bar Member Number, Authorized House Counsel Number or CLE Provider Number on all correspondence with the Florida Bar.

Please note: Florida has very broad public records laws. Many written communications to or from The Florida Bar regarding Bar business may be considered public records, which must be made available to anyone upon request. Your e-mail communications may therefore be subject to public disclosure.