

ORDERED in the Southern District of Florida on July 22, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                   Case No. 16-10154-BKC-LMI

SANDRA ARCINIEGA,                                        Chapter 7

                Debtor.
_____/

### ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ATTORNEY MANUEL J. MARI SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH AN ORDER OF THIS COURT <u>AND CANCELING HEARING</u>

**THIS CAUSE** came before the Court upon the two Notices of Compliance (ECF #s 18, 19).  The Court having reviewed the Notices of Compliance and based on the record, it is

ORDERED AND ADJUDGED that:

1.    The Order to Show Cause Why Attorney Manuel J. Mari Should not be Held in Contempt for Failure to Comply with an Order of this Court (ECF #17) is discharged.

###

Copy furnished to:
Manuel J. Mari, Esq.

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*